*E-filed on*: 2/1/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS,<br><br>             Plaintiff,<br><br>     v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>             Defendant. | No. C-03-05420 RMW<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S JANUARY 3, 2007 ORDER<br><br>**[Re Docket No. 104]** |

Rule 72(a) of the Federal Rules of Civil Procedure allows parties to file timely objections to rulings of a magistrate judge in nondispositive matters.  Such objections are sustained if the magistrate judge's order is "found to be clearly erroneous or contrary to law."  Fed. R. Civ. P. 72(a).

On January 16, 2007 plaintiff filed his objection to the magistrate judge's January 3, 2007 Order (1) Denying Without Prejudice Plaintiff's Motion to Compel and Motion for Sanctions; and (2) Permitting Limited Expedited Discovery.   The court has reviewed the magistrate judge's order and finds it to be neither clearly erroneous nor contrary to law.

DATED:       1/26/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S JANUARY 3, 2007 ORDER—C-03-05420 RMW MAG

**A copy of this order was mailed on        2/1/07        to:**

**Plaintiff:**

Jamar Evans
Post Office Box 25
Atwater, CA 95301

**Counsel for Defendant(s):**

Neysa A. Fligor
Office of the County Counsel
70 West Hedding Street, East Wing, 9th Fl
San Jose, CA 95110

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**Dated:**        2/1/07                                /s/ MAG
                                                        **Chambers of Judge Whyte**

ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S JANUARY 3, 2007 ORDER—C-03-05420 RMW MAG
2