**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS,<br><br>　　　　Plaintiff,<br>　v.<br><br>UNKNOWN NAMES OF DEPARTMENT OF CORRECTIONS OFFICERS and SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendants._____/ | No. C03-05420 RMW (HRL)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(A), plaintiff's "Motion to Compel Disclosure Pursuant to FRCP 37," filed on May 2, 2007, has been referred to the undersigned for determination. The parties' briefs shall be filed with the court and served as follows:

•　　Defendants' opposition brief shall be filed and served by May 22, 2007.

•　　Plaintiff's reply brief shall be filed and served by May 29, 2007.

　　　IT IS SO ORDERED.

Dated:　May 10, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

A copy of this document will be mailed to:

Jamar Evans
Post Office Box 25
Atwater, CA 95301

Neysa A. Fligor
Office of the County Counsel
70 West Hedding Street, East Wing, 9th Fl
San Jose, CA 95110

Dated:    05/10/07               _____/s/_____
                                 Chambers of Magistrate Judge Lloyd