*E-FILED: 6/11/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS, | No. C03-05420 RMW (HRL) |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| UNKNOWN NAMES OF DEPARTMENT OF CORRECTIONS OFFICERS and SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, | [Re: Docket No. 111] |
| Defendants. | |

Plaintiff Jamar Evans, who is proceeding *pro se* and *in forma pauperis*, filed the instant action for alleged violation of his civil rights. He claims that, while being booked on or about April 2, 2003, he was unnecessarily assaulted and battered by several (as yet unidentified) officers of the Santa Clara County Department of Corrections. Plaintiff asserts that in January 2005, the Department of Corrections ("DOC") provided him with a videotape showing the individual officers involved in the alleged incident.

Plaintiff contends that the videotape is incomplete; and, on May 2, 2007, he moved for an order compelling the DOC to produce "the complete and entire video surveillance of plaintiff being booked in to the Department of Correction, and [sic] on or about April 3, 2003." (Mot. at p. 1).[1] The DOC apparently had previously objected to the discovery as premature because the

---

[1] The motion, which was referred to the undersigned for disposition, is deemed appropriate for determination without oral argument pursuant to Civil Local Rule 7-1(a).

1  parties had not yet held their Fed. R. Civ. P. 26(f) conference. Defense counsel now attests that,
2  at the parties' Fed. R. Civ. P. 26(f) conference held on May 16, 2007, "the parties agreed that
3  Plaintiff would withdraw his discovery requests to date and serve them again on the County,
4  including the discovery sought in Plaintiff's Motion." (*See* Fligor Declaration, ¶ 2). Plaintiff
5  has offered no information to the contrary.

6      Accordingly, IT IS ORDERED THAT plaintiff's May 2, 2007 motion to compel is
7  DENIED as MOOT.

8  Dated:    June 11, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:03-cv-5420 Notice will be electronically mailed to**:

2 Neysa A. Fligor neysa.fligor@cco.sccgov.org

3 **A copy of this document will be mailed to:**

4 Jamar Evans
Post Office Box 25
5 Atwater, CA 95301

7 Dated:   6/11/2007                     /s/
                            Chambers of Magistrate Judge Lloyd