*E-filed on*: 7/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | No. C-03-05420 RMW<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S JUNE 11, 2007 ORDER<br><br>**[Re Docket No. 120]** |

Rule 72(a) of the Federal Rules of Civil Procedure allows parties to file timely objections to rulings of a magistrate judge in nondispositive matters. Such objections are sustained if the magistrate judge's order is "found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a).

On June 18, 2007 plaintiff filed his objection to the magistrate judge's June 11, 2007 Order Denying As Moot Plaintiff's Motion to Compel. Plaintiff sought to compel defendants to produce a complete copy of a surveillance tape from the night he was booked into the Department of Corrections, April 2, 2003. The magistrate judge denied plaintiff's motion to compel on the basis that the evidence and argument before him demonstrated that plaintiff had agreed to withdraw his discovery request and resubmit it after the parties had officially met and conferred.

Plaintiff argues in his objection that he submitted a reply to defendants' opposition in which he denied that he had agreed to withdraw his discovery request. With his objection, he submits a

1 copy of a reply that was filed in a separate case, Case No. 06-3299, which does, as he asserts, state
2 that he had declined to withdraw his discovery request.
3    Nevertheless, the court has reviewed the magistrate judge's order and finds it to be neither
4 clearly erroneous nor contrary to law.  Based on the information before him at the time in the present
5 case, the magistrate judge's ruling was appropriate.  It is plaintiff's responsibility to ensure that his
6 pleadings are appropriately captioned, given that he has more than one case in progress.
7    Now that the parties have met and conferred, plaintiff may resubmit his discovery request for
8 the surveillance tape, ensuring that his future discovery requests and pleadings, if any, reference the
9 appropriate case.

11 DATED:      7/10/07                          *Ronald M Whyte*
                                                RONALD M. WHYTE
12                                              United States District Judge

1 | **A copy of this order was mailed on       7/13/07      to:**

2 | **Plaintiff:**

3 | Jamar Evans
Post Office Box 25
4 | Atwater, CA 95301

5 | **Counsel for Defendant(s):**

6 | Neysa A. Fligor
Office of the County Counsel
7 | 70 West Hedding Street, East Wing, 9th Fl
San Jose, CA 95110
8 |

9 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

12 |
**Dated:       7/13/07                                     /s/ MAG**
13 |                                                    **Chambers of Judge Whyte**