E-filed: 9/11/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JAMAR EVANS, | No. C-03-05420 RMW |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| UNKNOWN NAMES OF DEPARTMENT OF CORRECTIONS OFFICERS, | |
| Defendant. | |

On September 8, 2008 a written order granting summary judgment in favor of the defendant County of Santa Clara on its Motion for Summary Judgment was entered. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendant County of Santa Clara and against plaintiff Jamar Evans and that plaintiff take nothing by way of his complaint.

DATED:     9/11/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT
C-03-05420

**THIS SHALL CERTIFY THAT A COPY OF THIS JUDGMENT WAS PROVIDED TO:**

**Counsel for plaintiff:**

Jamar Evans
114 Kim Avenue
Atwater, CA 95301
PRO SE

**Counsel for defendant:**

Kevin M. Hammon
Office of the County Counsel
70 West Hedding Street
Ninth Floor, East Wing
San Jose, CA 95110-1770
kevin.hammon@cco.sccgov.org

Date:  9/11/2008           TSF
                           Chambers of Judge Whyte

JUDGMENT
C-03-05420                    2