**E-FILED on** 10/23/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR EVANS, | No. C-03-05420 RMW |
| Plaintiff, | ORDER VACATING HEARING DATE |
| v. | **[Re Docket Nos. 151]** |
| UNKNOWN NAMES OF DEPARTMENT CORRECTION OFFICERS, | |
| Defendants. | |

Plaintiff Jamar Evans' motion for relief from judgment presently set for hearing on November 7, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 7, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:     10/22/2008

*Ronald M Whyte*

RONALD M. WHYTE

United States District Judge

ORDER VACATING HEARING DATE — No. C-03-05420 RMW
JAS

**Notice of this document has been sent to:**

**Plaintiff:**

Jamar James Evans
P. O. Box 25
Atwater, CA 95301
209-358-8909

**Counsel for Defendants:**
| | |
|---|---|
| Kevin Hammon | kevin.hammon@cco.sccgov.org |
| Michael L. Rossi | michael.rossi@cco.co.scl.ca.us |
| Neysa A. Fligor | neysa.fligor@cco.sccgov.org |
| Peter Henry Cruz | pcruz@cbmlaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/22/08                                                     /s/ JAS
                                                                                       **Chambers of Judge Whyte**