**United States District Court**
For the Northern District of California

**E-FILED on**    1/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR JAMES EVANS, | No. C-03-05420 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| UNKNOWN NAMES OF DEPARTMENT OF CORRECTIONS OFFICERS and SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

On January 4, 2010, the court granted defendant Santa Clara County Department of Corrections ("the County")'s motion for summary judgment and dismissed plaintiff's claims against the County. No other defendants have been specifically named or brought into this action. THEREFORE, IT IS HEREBY ADJUDGED that plaintiff take nothing by way of his complaint, that judgment be entered in favor of the County, and the case dismissed in its entirety.

DATED:    1/5/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-03-05420 RMW
CCL

1 **Notice of this document has been sent to:**

2 **Plaintiff:**

3 Jamar James Evans
P. O. Box 25
4 Atwater, CA 95301

5

6 **Counsel for Defendants:**

7 Neysa A. Fligor                              neysa.fligor@cco.sccgov.org

8 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10 **Dated:**    1/5/10                                          CCL
                                                              **Chambers of Judge Whyte**